UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAULETTE SMITH, individually and as Successor in Interest to Albert Dorsey, deceased,<br><br>          Plaintiff-Appellee,<br><br> v.<br><br>EDWARD AGDEPPA, an individual,<br><br>          Defendant-Appellant,<br><br> and<br><br>CITY OF LOS ANGELES, a municipal entity; DOES, 1 through 10,<br><br>          Defendants. | No.   20-56254<br><br>D.C. No. 2:19-cv-05370-CAS-JC<br>Central District of California, Los Angeles<br><br>ORDER |

Before: CALLAHAN, CHRISTEN, and BRESS, Circuit Judges.

Appellant is ordered to file a response to the petition for rehearing en banc. Dkt. 65. The response shall not exceed 15 pages or 4,200 words and shall be filed within 21 days of the date of this order. 9th Cir. R. 40-1.