UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 11 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAULETTE SMITH, individually and as Successor in Interest to Albert Dorsey, deceased, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> EDWARD AGDEPPA, an individual, <br><br> Defendant - Appellant, <br><br> and <br><br> CITY OF LOS ANGELES, a municipal entity and DOES, 1 through 10, <br><br> Defendants. | No. 20-56254 <br><br> D.C. No. 2:19-cv-05370-CAS-JC <br> U.S. District Court for Central California, Los Angeles <br><br> **MANDATE** |

The judgment of this Court, entered August 30, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT